UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JASPER R. TALFORD,                          )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )        No. 3:11-cv-310
                                            )        (Phillips/Guyton)
MICHAEL J. ASTRUE,                          )
                                            )
Commissioner of Social Security,            )
                                            )
            Defendant.                      )

**JUDGMENT ORDER**

        For the reasons stated in the Memorandum Opinion filed contemporaneously with this

Order, the Report and Recommendation of the magistrate judge [Doc. 16] is **ACCEPTED IN**

**WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

        **IT IS ORDERED,** for the reasons stated in the Report and Recommendation, which the

Court adopts and incorporates into its ruling, that the Plaintiff's Motion for Summary Judgment

[Doc. 12] is **DENIED;** the Defendant Commissioner's motion for Summary Judgment [Doc. 14]

is **GRANTED**.

                **IT IS SO ORDERED**.

                        **ENTER:**


ENTERED AS A JUDGMENT                          s/ Thomas W. Phillips
    s/ *Debra C. Poplin*                   _____
    CLERK OF COURT                          United States District Judge


1